George A. Lageschulte, appellant, v. National Tea Company, appellee. Gen. No. 32,817.

Opinion filed November 7, 1928.

Frank H. Partridge, for appellant; Foster A. Parker, of counsel. Soelke, Koehn & Loewy, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

William J. Klibanow, trading as Independence Realty Exchange, appellee, v. David Don, appellant. Gen. No. 32,544.

Opinion filed November 7, 1928.

Edward Berkson and Sol Harrison, for appellant. Adler, Lederer & Kahn, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

Irma Fay Vannier, appellee, v. Raoul Vannier, appellant. Gen. No. 32,553.

Opinion filed November 7, 1928.

Raoul Vannier, pro se; Lloyd M. Brown, of counsel. Leslie H. Whipp, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

Northwest Ready Roofing Company, appellant, v. Edwin H. Stepek, appellee. Gen. No. 32,578.

Opinion filed November 7, 1928.

Victor E. Rehm, for appellant. John S. O'Donnell, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

William B. Castenholz et al., appellees, v. Arthur Michel, appellant. Gen. No. 32,698.

Opinion filed November 7, 1928.

E. R. Elliott, for appellant. Potter & Lewis, for appellees.

Mr. Justice Wilson delivered the opinion of the court.